**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00856-CV

### THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

### V.

### ANGELA HORTON AND KEVIN HOUSER, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06507**

## ORDER

Before the Court is appellees' February 18, 2020 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 19, 2020**. We caution appellees that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE